**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IVANA DURICKOVIC,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-06429-SK

**JUDGMENT**

A File No. 209-733-339

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The court retains jurisdiction over any successive action under 28 U.S.C. § 2241 filed here, alleging that petitioner IVANA DURICKOVIC (A# 209-733-339) is being held in immigration custody within this district in violation of federal law.

DATED: October 30, 2026

STEVE KIM
United States Magistrate Judge